**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

STEVEN GOMES
PINKY PAYUMO,

Case No.:  06-15586 RG

**Debtors**

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $2,545.23, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:     PRESSLER AND PRESSLER
                          7 ENTIN ROAD
                          PARSIPPANY, NJ  07054

Amount:                   $2,545.23

Trustee Claim Number:     13

Court Claim Number:       1

Reason:                    Need Transfer

By:     /S/  Marie-Ann Greenberg

Dated:  July 21, 2011                MARIE-ANN GREENBERG
                                     CHAPTER 13 STANDING TRUSTEE